```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
          - v. -              :         SEALED INDICTMENT
                              :
RUBEN GIL,                    :            07 Cr. 1169
     a/k/a "Gavilan,"         :         S1 07 Cr. 1169
     a/k/a "Padrino," and     :         S2 07 Cr. 1169
MARTIN NELSON GARCIA,         :
                              :
          Defendants.         :
                              :
- - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Avi Weitzman;

IT IS HEREBY ORDERED that the underlying Indictment and S2 Superseding Indictment in the above-captioned action be unsealed since both defendants RUBEN GIL and MARTIN NELSON GARCIA have been arrested and will be presented and arraigned under the above-listed Indictments in the Southern District of California.

Dated: New York, New York
       March 24, 2008

MAR 2 4 2008

_____
UNITED STATES MAGISTRATE JUDGE

ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
[DOCUM]ENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 4 2008

TOTAL P.01